■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS GRANT, Also Known as THOMAS GALLO, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County (Lodato, J.), rendered July 26, 1982, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE T. HAMMONDS, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County (Marlow, J.), rendered May 16, 1984, convicting him of criminal trespass in the second degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's contention, his guilt was proven beyond a reasonable doubt. The fact that defendant's guilt was, in part, established by circumstantial evidence does not alter the burden of proof borne by the People *(see, People v Barnes,* 50 NY2d 375). Finally, the sentence imposed was not unduly harsh under the circumstances of this case. Mollen, P. J., Thompson, Brown and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESAIAS INNOCENT, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered June 29, 1981, convicting him of assault in the second degree, criminal possession of a weapon in the fourth